**J. P. Murphy, appellee, v. John Barton Payne, director general of railroads, appellant.**

Action for damages for the loss of hogs during shipment. Judgment for plaintiff. Appeal from the Circuit Court of Gallatin county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921. Rehearing denied March 30, 1922.

Charles P. Hamill, for appellant; Roedel & Roedel, of counsel. K. C. Ronalds, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Tillie McDonald, administratrix of the estate of William C. McDonald, deceased, appellee, v. St. Louis, Springfield & Peoria Railroad, appellant.**

Action by an administrator for damages for the death of decedent in a collision between defendant's train and his automobile at a crossing. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921. Opinion modified and rehearing denied March 30, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Terry, Gueltig & Powell, for appellant; Burton & Hamilton, of counsel. D. G. Williamson, L. G. George and Geers & Geers, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**William Phillips, defendant in error, v. William H. Becker, plaintiff in error.**

Action for damages for personal injuries caused by defendant's automobile while being driven by another. Verdict for plaintiff and judgment thereon after remittitur. Error to the City Court of East St. Louis; the Hon. M. Millard, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed November 21, 1921.

H. F. Driemeyer and C. E. Pope, for plaintiff in error. D. J. Sullivan, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.